THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES KUMROW, Appellant.

(Argued October 16, 1916; decided October 31, 1916.)

APPEAL from a judgment of the Supreme Court, rendered February 24, 1916, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Charles H. Timerman* and *Charles W. Pooley* for appellant.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Not voting: HISCOCK, J.